IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02584-RPM

SICANGU WICOTI AWANYAKAPI CORPORATION,
OGLALA SIOUX (LAKOTA) HOUSING,
TURTLE MOUNTIAN HOUSING AUTHORITY,
WINNEBAGO HOUSING AND DEVELOPMENT COMMISSION,
LOWER BRULE HOUSING AUTHORITY,
METLAKATLA HOUSING AUTHORITY,
SPIRIT LAKE HOUSING CORPORATION, and
TRENTON INDIAN HOUSING AUTHORITY,

    Plaintiffs,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),
STEVE PRESTON, Secretary of Housing and Urban Development,
PAULA BLUNT, General Deputy Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Office of Public and Indian Housing, Department of Housing and Urban Development,

    Defendants.
_____

**ORDER**
_____

Upon consideration of the Joint Motion for Stay of Proceedings (Dkt. No. 7), it is ORDERED that this action is stayed pending the United States Court of Appeals for the Tenth Circuit's final decision in the pending case of *Fort Peck Housing Authority v. United States Department of Housing and Urban Development et al.*, Cross Appeal Case Nos. 06-1425 and 06-1447 (the "Appeal"). The parties shall inform the Court of a decision by the Tenth Circuit regarding the Appeal within 15 days of that decision.

    Dated:   January 27th, 2009.

                     BY THE COURT

                     s/Richard P. Matsch_____
                     Richard P. Matsch, Senior District Judge