IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02584-RPM

SICANGU WICOTI AWANYAKAPI CORPORATION,
OGLALA SIOUX (LAKOTA) HOUSING,
TURTLE MOUNTAIN HOUSING AUTHORITY,
WINNEBAGO HOUSING AND DEVELOPMENT COMMISSION,
LOWER BRULE HOUSING AUTHORITY,
SPIRIT LAKE HOUSING CORPORATION, and
TRENTON INDIAN HOUSING AUTHORITY,

    Plaintiffs,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),
SHAUN DONOVAN, Secretary of Housing and Urban Development,
DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Office of Public and Indian housing, Department of Housing and Urban Development,

    Defendants.

## ORDER FOR COORDINATED HEARING

Coordinated briefs and response briefs have been filed by the parties in this action and nine related actions.  Upon review of those coordinated briefs and Big Pine Paiute Tribe's Special Brief in Civil Action No. 07-cv-01343-RPM, and the separate briefs in *Nambe Pueblo Housing Entity v. HUD et al.*, Civil Action No. 11-cv-01516-RPM, it is

ORDERED that a coordinated hearing will held at a time to be scheduled and all counsel representing the parties must be personally present at the hearing.

DATED: April 16th, 2012.

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge