IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02584-RPM

SICANGU WICOTI AWANYAKAPI CORPORATION,
OGLALA SIOUX (LAKOTA) HOUSING,
TURTLE MOUNTAIN HOUSING AUTHORITY,
WINNEBAGO HOUSING AND DEVELOPMENT COMMISSION,
LOWER BRULE HOUSING AUTHORITY,
SPIRIT LAKE HOUSING CORPORATION, and
TRENTON INDIAN HOUSING AUTHORITY,

     Plaintiffs,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),
SHAUN DONOVAN, Secretary of Housing and Urban Development,
DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Office of Public and Indian housing, Department of Housing and Urban Development,

     Defendants.

---

ORDER REGARDING INCORPORATED MEMORANDUM OPINION AND ORDER

---

The Memorandum Opinion and Order filed August 31, 2012, in *Fort Peck Housing Authority v. HUD et al.*, Civil Action No. 05-cv-00018-RPM, is hereby incorporated as an order governing common issues in this action; it is

FURTHER ORDERED that a coordinated hearing will be held at a time to be scheduled for the purpose of addressing procedures for determining issues remaining in this action. All counsel representing the parties must be personally present at the hearing.

DATED:  August 31, 2012

                                          BY THE COURT:

                                          s/ Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge