# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

No. 08-cv-02584-RPM

SICANGU WICOTI AWANYAKAPI CORPORATION,
OGLALA SIOUX (LAKOTA) HOUSING,
TURTLE MOUNTAIN HOUSING AUTHORITY,
WINNEBAGO HOUSING AND DEVELOPMENT COMMISSION,
LOWER BRULE HOUSING AUTHORITY,
SPIRIT LAKE HOUSING CORPORATION, and
TRENTON INDIAN HOUSING AUTHORITY,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD);
SHAUN DONOVAN, Secretary of HUD;
DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing; and
GLENDA GREEN, Director, Office of Grants Management, National Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.

---

## ORDER
---

The Court, having reviewed the Unopposed Motion by Plaintiffs For Leave to File a Reply to Defendants' Response to Plaintiffs' Statement of Relief Requested and Motion to Supplement the Record, for sufficient cause shown, hereby grants the Unopposed Motion.

Accordingly, IT IS ORDERED, that the Plaintiffs shall file its Reply Brief on or before September 3, 2013.

Dated: July 31st, 2013

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge